

| | | | | |
|---|---|---|---|---|
| Duquesne City v. Comensky..... | 389CD16 | 02/01/2017 | Allegheny County 07–022988 | Affirmed |
| Hudson v. UCBR ............. | 432CD16 | 02/01/2017 | Unemployment Compensation Board of Review B–585860 | Dismissed |
| Michael v. PBPP .............. | 727CD16 | 02/01/2017 | Board of Probation & Parole Parole No. 562–BD | Affirmed |
| Joncas v. UCBR .............. | 997CD16 | 02/01/2017 | Unemployment Compensation Board of Review B–588974 | Affirmed |
| County of Allegheny v. WCAB (Nicini) .................... | 2602CD15 | 02/03/2017 | Workers' Compensation Appeal Board A14–1152 | Affirmed |
| Scantling v. PBPP ............ | 2701CD15 | 02/03/2017 | Board of Probation & Parole 569GF | Affirmed |
| Wiggins v. PBPP .............. | 559CD16 | 02/03/2017 | Board of Probation & Parole 593–GM | Affirmed |
| Fox v. State Correctional Institution ....................... | 561CD16 | 02/03/2017 | Greene County AD 158–2012 | Vacated and Remanded |
| Saylor v. UCBR............... | 694CD16 | 02/03/2017 | Unemployment Compensation Board of Review B–587694 | Affirmed |
| Cornwall–Lebanon SD v. Cornwall–Lebanon Ed. Assoc. ..... | 814CD16 | 02/03/2017 | Lebanon County 2015–01556 | Reversed |
| Roscioli v. UCBR ............. | 1344CD16 | 02/03/2017 | Unemployment Compensation Board of Review B–590455 | Affirmed |
| Muhammad v. Schwotzer....... | 2116CD15 | 02/06/2017 | Philadelphia County 1501–00231 January Term, 2015 | Affirmed |
| Madara v. DHS ............... | 2695CD15 | 02/06/2017 | Bureau of Hearings and Appeals, Department of Human Services 512655181–010 | Vacated and Remanded |
| City of Philadelphia v. Moore .... | 128CD16 | 02/06/2017 | Philadelphia County July Term 2013 No. T0668 | Vacated and Remanded |
| Indep. Blue Cross v. WCAB (City of Phila).................... | 535CD16 | 02/06/2017 | Workers' Compensation Appeal Board A14–0766 | Affirmed |